**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| TIM KERIN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TITEFLEX CORPORATION t/a GASTITE, )<br>)<br>Defendant. )<br>) | Case No. 3:13-cv-30141<br><br>Judge Michael A. Ponsor |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TITEFLEX CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 for the United States District Court for the District of Massachusetts, defendant Titeflex Corporation t/a Gastite ("Titeflex") hereby states that Smiths Group International Holdings Ltd. is Titeflex's parent company and owns 100% of Titeflex. Titeflex further discloses that Smiths Group PLC is the parent company and owns 100% of Smiths Group International Holdings Ltd. There are no publicly held corporations owning 10% or more of Titeflex's stock.

                TITEFLEX CORPORATION,
                By Its Attorneys,

                /s/ Jodi K. Miller
                Jeffrey E. Poindexter, BBO No. 631922
                Jodi K. Miller, BBO No. 625089
                BULKLEY, RICHARDSON AND GELINAS, LLP
                1500 Main Street, Suite 2700
                Springfield, MA 01115
                Phone: (413) 272-6249
                Fax: (413) 272-6804
                jpoindexter@bulkley.com
                jmiller@bulkley.com

1609443

|  |  |
|---|---|
|  | Charles B. Casper (admitted *pro hac vice*) |
|  | John G. Papianou (admitted *pro hac vice*) |
|  | MONTGOMERY, MCCRACKEN, |
|  |   WALKER & RHOADS, LLP |
|  | 123 S. Broad St. |
|  | Philadelphia, PA 19109 |
|  | Phone: (215) 772-1500 |
|  | Fax: (215) 772-7620 |
|  | ccasper@mmwr.com |
| Dated: September 20, 2013 | jpapianou@mmwr.com |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on this 20th day of September 2013.

                                                   /s/ Jodi K. Miller
                                                   Jodi K. Miller