# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM KERIN,<br>    Plaintiff<br><br>    v.<br><br>TITEFLEX CORPORATION t/a GASTITE,<br>    Defendant | CIVIL ACTION<br>NO. 3:13-cv-30141-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Titeflex Corporation t/a Gastite, against the plaintiff Tim Kerin, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

    **ROBERT M. FARRELL**,
    CLERK OF COURT

Dated: January 7, 2014          /s/ *Maurice G. Lindsay*
    Maurice G. Lindsay
    Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
    [jgm.]